

# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office



*Loro Piana*

**Reg. No. 8,027,048**

**Registered Nov. 18, 2025**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

LORO PIANA S.p.A. (ITALY JOINT STOCK COMPANY)
Corso Rolandi, 10
QUARONA (VC), ITALY I-13017

CLASS 14: Precious metals and their alloys and works of art of precious metals; jewellery, precious stones; horological and chronometric instruments

OWNER OF Italy , REG. NO. 362023000088026, DATED 03-04-2014, EXPIRES 07-04-2033

The mark consists of the wording "LORO PIANA" in a stylized font. To the left of the wording is a stylized coat of arms in which the upper left square contains a picture of a tree; the lower right square contains a picture of an eagle surmounted by a crown; and the other two squares each contain a five-pointed star; the coat of arms is set above a two-branched spray of holly.

OWNER OF U.S. REG. NO. 5398553

The name LORO PIANA identifies a living individual whose consent is of record.

SER. NO. 98-395,842, FILED 02-07-2024





DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.07.10 02:14:50 -04'00'

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,799,728**

**Registered Jul. 26, 2022**

**Int. Cl.: 4**

**Trademark**

**Principal Register**

LORO PIANA S.p.A. (ITALY JOINT STOCK COMPANY)
Corso Rolandi, 10
I-13017 Quarona (VC)
ITALY

CLASS 4: Tapers; perfumed candles; wicks for candles, nightlights (candles); candle wax; fuels and illuminants, being oils and wax for lighting; oils for lamps

The mark consists of the wording "LORO PIANA" in script. To the left of the wording is a stylized coat of arms in which the upper left square contains a picture of a tree; the lower right square contains a picture of an eagle surmounted by a crown; and the other two squares each contain a five-pointed star; the coat of arms is set above a two-branched spray of holly.

PRIORITY DATE OF 07-13-2021 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1619668 DATED 08-06-2021, EXPIRES 08-06-2031

The name(s), portrait(s), and/or signature(s) shown in the mark identifies Pier Luigi Loro Piana, whose consent(s) to register is made of record.

SER. NO. 79-323,011, FILED 08-06-2021



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

## United States Patent and Trademark Office

Reg. No. 2,812,870
Registered Feb. 10, 2004

## TRADEMARK
## PRINCIPAL REGISTER



ING. LORO PIANA & C. S.P.A. (ITALY CORPORATION)
CORSO ROLANDI
QUARONA (VC), ITALY 10-13017

FOR: GOODS MADE OF LEATHER AND IMITATION OF LEATHER, NAMELY KEY CHAINS AND SHOPPING BAGS, TRUNKS, TRAVELING BAGS, UMBRELLAS AND TOTE BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. 000454, FILED 2-19-2002, REG. NO. 00868067, DATED 5-27-2002, EXPIRES 2-19-2012.

OWNER OF U.S. REG. NOS. 1,282,535, 2,408,110 AND OTHERS.

THE NAME "LORO PIANA" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 78-144,965, FILED 7-17-2002.

WILLIAM BRECKENFELD, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,382,956**

**Registered Jun. 15, 2021**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

LORO PIANA S.p.A.  (ITALY JOINT STOCK COMPANY)
Corso Rolandi, 10
I-13017 Quarona (vc)
ITALY

CLASS 25: Footwear; shoes; boots; deck shoes; sandals; casual shoes; boots for sports; beach shoes; running shoes; rubbers being footwear; espadrilles; gymnastic shoes; clogs; mules, leather shoes; stockings; berets; boas being necklets; berets; hosiery; half-boots; suspenders; lace boots; neck scarves and mufflers as neck scarves; shawls; sweaters; socks; boot uppers; shirts; short-sleeve shirts; hats; furs being clothing; suits; ready-to-wear clothing, namely, blazers, vests, capes, coats, jackets, dresses, shawls, shirts, skirts, trousers, and shorts; ear muffs; neckties; trousers; gloves; scarves; sashes for wear; knitwear, namely, blazers, vests, capes, coats, jackets, dresses, shawls, shirts, skirts, trousers, and shorts; fur stoles; waistcoats; coats; rainproof clothing, namely, blazers, vests, capes, coats, jackets, dresses, shawls, shirts, skirts, trousers, and shorts; skirts; layettes being clothing; muffs; mittens; gowns; topcoats; stuff jackets; jackets; heels; headbands; parkas; bandanas; clothing of imitations of leather, namely, blazers, vests, capes, coats, jackets, dresses, shawls, shirts, skirts, trousers, and shorts; leather clothing, namely, blazers, vests, capes, coats, jackets, dresses, shawls, shirts, skirts, trousers, and shorts; tee-shirts; turbans; money belts; pocket squares; sleep masks; skorts; ponchos; leggings; pinafore dresses; ankle boots; embroidered clothing, namely, blazers, vests, capes, coats, jackets, dresses, shawls, shirts, skirts, trousers, and shorts; headwear; gloves

The mark consists of a stylized coat of arms in which the upper left square is the picture of a tree; the lower right square is the picture of an eagle surmounted by a crown and the other two squares contain a fire-pointed star; the coat of arms is set above a two-branched spray of holly; the whole is flanked by the writing LORO PIANA.

PRIORITY DATE OF 12-09-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1546962 DATED 05-22-2020, EXPIRES 05-22-2030

The name(s), portrait(s), and/or signature(s) shown in the mark identifies Pier Luigi Loro Piana, whose consent(s) to register is made of record.

SER. NO. 79-292,216, FILED 05-22-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,036,940**
**Registered Oct. 11, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

LORO PIANA S.P.A. (ITALY CORPORATION)
CORSO ROLANDI, 10
I-13017 QUARONA (VC), ITALY

FOR: SPECTACLES; SUNGLASSES; SPECTACLE FRAMES; CONTACT LENSES; CONTAINERS AND CASES FOR CONTACT LENSES; SAFETY HELMETS; PROTECTIVE HELMETS FOR SPORTS; PROTECTIVE HELMETS FOR MOTORCYCLES, MOTORBIKES, MOTOR SCOOTERS, BICYCLES, CYCLES, HORSEBACK RIDING, SKIING, POLO RIDING, MOTOR RACING, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

OWNER OF U.S. REG. NOS. 1,337,982, 3,606,230 AND OTHERS.

PRIORITY DATE OF 5-21-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1048392 DATED 7-14-2010, EXPIRES 7-14-2020.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES A LIVING INDIVIDUAL, WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

THE MARK CONSISTS OF THE STYLIZED WORDING "LORO PIANA" TO THE RIGHT OF A COAT OF ARMS IN WHICH THE UPPER LEFT SQUARE IS THE PICTURE OF A TREE; THE LOWER RIGHT SQUARE IS THE PICTURE OF AN EAGLE SURMOUNTED BY A CROWN AND THE OTHER TWO SQUARES CONTAIN A FIVE-POINTED STAR; THE COAT OF ARMS IF SET ABOVE A TWO-BRANCHED LAUREL..

SER. NO. 79-086,336, FILED 7-14-2010.

KRISTINA MORRIS, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# LORO PIANA LOOM

**Reg. No. 7,813,481**

**Registered Jun. 03, 2025**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

LORO PIANA S.p.A. (ITALY JOINT STOCK COMPANY)
Corso Rolandi, 10
I-13017 Quarona (VC)
ITALY

CLASS 18: Leather and imitations of leather; luggage and all-purpose carrying bags; leather key cases; vanity cases, not fitted; bags, namely, leather bags; purses; handbags; clutch purses; leather travelling bag sets; leather briefcases and leather envelopes for packaging; business and credit card cases being notecases; pocket wallets; leather envelopes and pouches, for packaging; valises; business cases; attaché cases; garment bags for travel; rucksacks

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 09-22-2023 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1796481 DATED 03-07-2024, EXPIRES 03-07-2034

The name(s), portrait(s), and/or signature(s) shown in the mark identifies LORO PIANA, whose consent(s) to register is made of record.

SER. NO. 79-398,573, FILED 03-07-2024





Acting Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



*Loro Piana*

**Reg. No. 5,398,553**

**Registered Feb. 13, 2018**

**Int. Cl.: 14, 28**

**Trademark**

**Principal Register**

LORO PIANA S.p.A. (ITALY JOINT STOCK COMPANY)
Corso Rolandi, 10
I-13017 Quarona (vc)
ITALY

CLASS 14: Precious metals and their alloys and works of art of precious metals; jewellery, precious stones; horological and chronometric instruments

CLASS 28: Games and playthings, namely, card games, checkers games, board games, chess games, memory games, dice games, backgammon, balls for games, billiard tables, board games, checkerboards, chessboards, chips for gambling, cups for dice, playing cards, dolls, puppets, scale model kits, scale model vehicles, toy scooters, teddy bears, toy vehicles; gymnastic and sporting articles, namely, mats, benches, training stools, vaulting horses, pommel horses, spring boards, bags designed for skis and surfboards, cricket bags, golf bags with or without wheels, golf gloves, harness for sailboards, set of golf balls; cashmere toys and fur toys, namely, puppets, dolls, scale model kits, scale model vehicles, toy scooters, teddy bears, toy vehicles; decorations for Christmas trees

The mark consists of the wording "LORO PIANA" in a stylized font. To the left of the wording is a stylized coat of arms in which the upper left square contains a picture of a tree; the lower right square contains a picture of an eagle surmounted by a crown; and the other two squares each contain a five-pointed star; the coat of arms is set above a two-branched spray of holly.

OWNER OF INTERNATIONAL REGISTRATION 1335956 DATED 11-10-2016, EXPIRES 11-10-2026

The name(s), portrait(s), and/or signature(s) shown in the mark identifies LORO PIANA, whose consent(s) to register is made of record.

SER. NO. 79-203,816, FILED 11-10-2016

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,978,811**
**Registered June 14, 2016**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

LORO PIANA S.P.A. (ITALY CORPORATION)
CORSO ROLANDI, 10
13017 QUARONA (VC), ITALY

FOR: SOAPS, ESSENTIAL OILS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 12-0-2005; IN COMMERCE 12-0-2005.

OWNER OF ITALY REG. NO. 1259513, DATED 2-26-1999, EXPIRES 2-26-2019.

OWNER OF U.S. REG. NOS. 1,294,385, 1,937,960, AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "LORO PIANA", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

THE MARK CONSISTS OF THE WORDING "LORO PIANA" IN SCRIPT. TO THE LEFT OF THE WORDING IS A STYLIZED COAT OF ARMS IN WHICH THE UPPER LEFT SQUARE CONTAINS A PICTURE OF A TREE; THE LOWER RIGHT SQUARE CONTAINS A PICTURE OF AN EAGLE SURMOUNTED BY A CROWN; AND THE OTHER TWO SQUARES EACH CONTAIN A FIVE-POINTED STAR; THE COAT OF ARMS IS SET ABOVE A TWO-BRANCHED SPRAY OF HOLLY.

SN 86-400,602, FILED 9-19-2014.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

Int. Cls.: 23, 24 and 25

Prior U.S. Cls.: 22, 39, 42, 43 and 50

Reg. No. 1,937,960

United States Patent and Trademark Office   Registered Nov. 28, 1995

## TRADEMARK
### PRINCIPAL REGISTER



ING. LORO PIANA & C. S.P.A. (ITALY CORPORATION)
C.SO ROLANDI, 10
QUARONA, ITALY

FOR: YARNS AND THREADS, IN CLASS 23 (U.S. CL. 43).
FIRST USE 9-1-1993; IN COMMERCE 9-1-1993.
FOR: FABRICS FOR USE IN THE MANUFACTURE OF CLOTHING, NIGHTWARE AND BEDDING MATERIAL, NAMELY BLANKETS AND COVERLETS; WOVEN FABRICS MADE OF WOOL, WORSTED FABRIC BLENDS OF WOOL AND COTTON FABRIC, SILK AND WOOL BLEND FABRICS, COTTON KNIT FABRICS AND WOOL KNIT FABRICS, IN CLASS 24 (U.S. CLS. 42 AND 50).
FIRST USE 9-1-1993; IN COMMERCE 9-1-1993.
FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY JACKETS, COATS, SKIRTS, TROUSERS, CLOAKS, MANTLES; OVERCOATS AND KNITTED VESTS; SCARVES, MUFFLERS, SHAWLS AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 9-1-1993; IN COMMERCE 9-1-1993.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. TO94/C000070, FILED 1-19-1994, REG. NO. 615821, DATED 1-19-1994, EXPIRES 1-19-2014.

OWNER OF U.S. REG. NOS. 1,282,535, 1,337,982 AND OTHERS.

THE NAME "LORO PIANO" IN THE MARK IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 74-525,450, FILED 5-16-1994.

ANDREW D. LAWRENCE, EXAMINING ATTORNEY